JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ROBERTO TORRES HERRERA,** | ) | **NO. CV 19-6192-JAK (KS)** |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **JUDGMENT** |
| | ) | |
| **D. DAVEY,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

    Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

    IT IS SO ORDERED.

DATED: July 30, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE